USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JAMES GARDNER, :
:
                    Plaintiff, :
:
    -against- :
:
TETRAPHASE PHARMACEUTICALS, INC., :
et al., :
:
                    Defendants. :
-----------------------------------------------------------X

20-CV-3352 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It was reported to the Court that a case related to this one arising from the same operative facts was settled. *See Sahan v. Tetraphase Pharms., Inc.*, No. 20-cv-3069-VSB, Doc. 17 (S.D.N.Y. Aug. 14, 2020). Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 12, 2021
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge